IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DOUGLAS J. MOUNTEER,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner,*<br>*Social Security Administration*<br><br>    Defendant. | REPORT AND RECOMMENDATION<br><br>Case No. 2:13-cv-00754-CW-DBP<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

    This matter was referred to the Court under 28 U.S.C. § 636(b)(1)(B). (Docket Nos. 4; 8.) On October 15, 2013, Defendant filed an unopposed motion to stay briefing in the matter for the duration of the lapse in federal government appropriations. (Dkt. No. 8.) Defendant also moved to extend all current deadlines in the case commensurate with the duration of the lapse. (*Id.*) This lapse lasted from October 1, 2013 through October 16, 2013.

    This Court **RECOMMENDS** the District Court deem **MOOT** in part and **GRANT** in part Defendant's motion. (Dkt. No. 8.) Because the appropriations lapse ended on October 17, 2013, this Court **RECOMMENDS** the District Court deem **MOOT** Defendant's request for a stay. (*Id.*) However, this Court **RECOMMENDS** the District Court **GRANT** Defendant's request to extend all current deadlines commensurate with the fifteen (15) day lapse in appropriations. (*Id.*)

Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within **fourteen (14) days** of being served with a copy, any party may serve and file written objections. Failure to object may constitute a waiver of objections upon subsequent review.

Dated this 29th day of October, 2013.

By the Court:

Dustin B. Pead
United States Magistrate Judge