IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DOUGLAS J. MOUNTEER<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:13-cv-754 |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). On October 15, 2013, Defendant Carolyn W. Colvin filed an unopposed motion to stay briefing for the duration of the lapse in federal funding and to extend all current deadlines for the duration of the lapse (Dkt. No. 8). The lapse lasted from October 1, 2013 through October 16, 2013. On October 29, 2013, the magistrate judge issued a Report and Recommendation, recommending that the motion be deemed moot in part and granted in part. The motion was filed unopposed and Plaintiff Douglas J. Mounteer filed no objection to the Report and Recommendation. After review of the file *de novo*, the court hereby APPROVES AND ADOPTS the magistrate judge's Report and Recommendation in its entirety.

SO ORDERED this 15th day of November, 2013.

          BY THE COURT:

          _____
          Clark Waddoups
          United States District Judge